KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TATYANA ALEKSEYEVA, | ) |
|         Plaintiff, | ) Case No. 06-4949 MHP |
| v. | ) |
| DEPARTMENT OF HOMELAND SECURITY; *et al.*, | ) **STIPULATION TO DISMISS; AND** ~~**[PROPOSED]**~~ **ORDER** |
|         Defendants. | ) |

    Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for naturalization.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

///

STIP. TO DISMISS
C 06-4949 MHP

| | | |
|---|---|---|
| 1 | Date: October 20, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |

8  Date: October 20, 2006         _____/s/_____
                                  GERI N. KAHN
9                                 MONICA KANE
                                  Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/23/2006

_____
MARILYN H. PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

STIP. TO DISMISS
C 06-4949 MHP                                           2